AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DENISE G.,

    *Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 2:21-cv-00334-TOR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2022**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 12) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on motions for Summary Judgment (ECF Nos. 11 and 12).

Date: 8/4/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams